| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____   Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Naya Stone, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-1968884

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **690 Washington Avenue** <br> **Carlstadt, NJ 07072** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Naya Stone, LLC** _____    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Naya Stone, LLC** _____  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

| Debtor | **Naya Stone, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Naya Stone, LLC**  Case number (*if known*)
　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 15, 2024**
　　　　　　　MM / DD / YYYY

**X /s/ Avraham Dahan**　　　　　　　　　　　　　　　**Avraham Dahan**
Signature of authorized representative of debtor　　　　Printed name

Title **President of Dayton Services Corp., Majority Member**

**18. Signature of attorney**

**X /s/ Anthony Sodono, III**　　　　　　　　　　　Date **October 15, 2024**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue
Second Floor
Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone **973-622-1800**　　Email address **asodono@msbnj.com**

**NJ**
Bar number and State

American Express
World Financial Center
200 Vesey Street
New York, NY 10285


Arena Stone Products, Inc.
c/o Arch Stone & Tile
1800 4th Avenue, N
Unit A
Lake Worth, FL 33461


C&C Arc Stone Realty, LLC
10 Raphael Road
Totowa, NJ 07512


Dabah, Amihai
c/o William R. Tellado, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102


Dahan, Avraham
1443 East 24th Street
Brooklyn, NY 11210


Dayton Services Corp.
1443 East 24th Street
Brooklyn, NY 11210


GMC SpA
Via Fossone Basso 8
19034 Luni (SP)
ITALY


Graniti Marmi Pietre
Via Aurelia 351
19034 Luni (SP)
Liguria
ITALY


Gutman Weiss, P.C.
Attn: President/CEO/Legal Representative
2276 65th Street
Brooklyn, NY 11204

Infinity Surfaces
Via Bottegone, 83
41026 Pavullo Nel Frignano (MO)
ITALY


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Law Office of Avram Frisch, Esq.
One University Plaza, Ste. 119
Hackensack, NJ 07601


Mameri Rochas
Rod Governador Mario
Rio Novo do Sul - ES Covas, km 396
S/N, Perimetral   29290-000
BRAZIL


Natural Stones S.r.l.
Viale dell'industria 2
37010 Cavaion Veronese (Veneto)
ITALY


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Div. of Emploeyr Accts.
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


New Jersey Dept. of Labor Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit PO Box 951
Trenton, NJ 08611-0951

New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


Nicola Fontanili S.r.l.
Viale Zaccagna n.44
Carrara MS 54033
ITALY


Pascucci Travertine
Via della Bullica, 00011
Tivoli
Terme, Rome
ITALY


PlanetStone srl
Viale dell'Industria 261 - 347
37020 Volargne VR
ITALY


Santo Antonio Granitos
Rod. Camilo Cola, km. 7,222 - Monte Liba
Cachoeiro de Itapemirim, ES
CEP 29.308-500
BRAZIL


Sills Cummis & Gross P.C.
Attn: President/CEO/Legal Representative
The Legal Center
One Riverfront Plaza
Newark, NJ 07102


Stone Palace Surfaces
Rod Es-010, N° 2295
Km 3.19, Chacaro Parreiral
Serra, ES 29164-327
BRAZIL


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102

United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Wendy M. Crowther, Esq.
The Law Office of Wendy M. Crowther
98 First Avenue
Atlantic Highlands, NJ 07716


WEX Inc.
Attn: President/CEO/Legal Representative
1 Hancock Street
Portland, ME 04101


Ziche Marmi S.r.l.
Via Pieve 8
25080 Nuvolento
Lombardia
ITALY